UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA



UNITED STATES OF AMERICA,    )
                             )
        Plaintiff,           )
                             )  Case No. 3:02-cr-00075-05-JWS
v.                           )
                             )
Su Hwan Lee,                 )
                             )
        Defendant.           )
_____)

**JUDGMENT OF DISCHARGE**
Fed.R.Crim.P. 32(d)(1)

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

    __X__ The court has granted the motion of the government for dismissal without prejudice;
    ____ The court has granted the motion of the defendant for a Judgment of Acquittal;
    ____ A jury has been waived, and the court has found the defendant NOT GUILTY;
    ____ The jury has returned its verdict, finding the defendant NOT GUILTY;

of the offenses of Conspiracy 18 U.S.C. § 371 and False Declaration 18 U.S.C. § 1623(a) as charged in counts 1 and 8 of the Indictment.

**IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(d)(1), Federal Rules of Criminal Procedure.

**DATED** at Anchorage, Alaska, this __6th__ day of August, 2008.

**REDACTED SIGNATURE**
_____
John W. Sedwick
United States District Judge

[302cr75JWS Discharge.wpd]{DISCHARG.WPD*Rev.2/97}